MICHELLE R. BERNARD (SBN:144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
JENNIFER J. KELLAR (SBN: 216573)
jkellar@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7769
Facsimile: (619) 696-7124

Attorneys for Defendant
FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, erroneously sued herein as FOREMOST INSURANCE COMPANY GRAND RAPIDS

MARCIA L. DALEY (SBN: 146579)
marcia.daley@caia.legal
CALIFORNIA INSURANCE ATTORNEYS, P.C.
222 N. Pacific Coast Highway, Ste 2000
El Segundo, CA 90245
Telephone: (855) 410-4242
Email: calegal@caia.legal

Attorneys For Plaintiff
JESUS AREVALO



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AREVALO,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, et al.<br><br>Defendants. | CASE NO. 5:26-cv-01146-KK-DTB<br><br>**JOINT STIPULATION RE ADR PROCEDURE**<br><br>Judge: Hon. Kenly Kiya Kato<br>Magistrate: Hon. David T. Bristow<br><br>Trial Date: April 5, 2027<br>Time: 8:30 AM<br>Location: Courtroom 3<br>3470 Twelfth Street<br>Riverside, CA 92501<br><br>Complaint filed: January 20, 2026 |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JESUS AREVALO ("Plaintiff"/"Arevalo") and Defendant FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, erroneously sued herein as Foremost Insurance Company Grand Rapids ("Defendant"/"Foremost Insurance") (collectively, the "Parties"), by and through their undersigned counsel of record, that the method of ADR Procedure applicable to this case should now be "ADR PROCEDURE NO. 1" (rather than "ADR PROCEDURE NO. 3" [ECF Doc. 21]) and respectfully request this Court to refer this case to the assigned Magistrate Judge (the Hon. David T. Bristow) so that the Parties can arrange to conduct an ADR Proceeding before the Magistrate, preferably sometime after the close of fact discovery on November 12, 2026 and before February 4, 2027 which is the last day to conduct settlement proceedings in this case [ECF Doc. 20] as follows:

WHEREAS, this first-party bad faith lawsuit arises from an insurance coverage dispute related to a homeowners insurance policy issued by Foremost Insurance to Plaintiff covering the residential property located at 1048 Cantara St., Colton, California 92324 ("Property") that allegedly sustained wind and rain damage to the roof causing rainwater to leak into the interior of the house allegedly causing further damage as a result of a loss event that occurred on January 7, 2025 ("Loss") and Plaintiff's subsequent claim for alleged Loss-related damage to the Property ("Claim") which was denied by Defendant on the grounds that the roof was not impacted by wind but rather wear and tear which is not covered by the Policy.

WHEREAS, counsel for Plaintiff and counsel for Defendant met and conferred via telephone on April 29, 2026 and subsequently submitted a Joint Rule 26(f) Report and discovery plan to the Court on April 30, 2026 [ECF Doc. 15];

WHEREAS, Plaintiff's prior handling counsel left the employ of California Insurance Attorneys, P.C. and was thereafter removed from the docket on May 7, 2026 [ECF Doc. 19];

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

WHEREAS, on May 11, 2026, this Court issued its Civil Trial Scheduling Order [ECF Doc. 20] (hereinafter "Scheduling Order") and its "Order/Referral To ADR" [ECF Doc. 21] (hereinafter "ADR Referral Order") whereby the last day for the parties to conduct settlement proceedings in this case is February 4, 2027;

WHEREAS, per the ADR Referral Order, the parties are currently directed to participate in "ADR PROCEDURE NO. 3" whereby this case was "referred to private mediation," and counsel was further directed to "contact the private mediator of their choice to arrange a date and time for the mediation";

WHEREAS, per the terms of the Scheduling Order the "parties shall schedule their ADR proceeding as soon as reasonable, but . . . **no later than sixty (60) days after the entry of this Order** [i.e., July 10, 2026], if the Court has ordered the parties to participate in ADR Procedure Nos. 2 or 3" [ECF Doc. 20, at p. 3:8-13 (emphasis in original)];

WHEREAS, the Scheduling Order further states that "[i]f the parties desire to participate in an ADR procedure other than that selected in the Rule 26(f) Joint Report and ordered by the Court, they shall file a stipulation with the Court" [ECF Doc. 20, at p. 3:15-17];

WHEREAS, on May 26, 2026, Marcia L. Daley, Esq. of California Insurance Attorneys, P.C. filed her Notice of Appearance [ECF Doc. 23] as new handling counsel for Plaintiff in this action;

WHEREAS, on July 2, 2026, counsel for the Parties met and conferred via telephone regarding the scheduling of an ADR procedure, anticipated discovery and the desired type of ADR procedure for this case;

WHEREAS, following further email communications among counsel, the parties agreed that, rather than private mediation, they instead desire to participate in an ADR proceeding before the assigned Magistrate Judge, the Hon. David T. Bristow (preferably sometime after the close of fact discovery on November 12, 2026 and before February 4, 2027 which is the last day to conduct settlement

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

proceedings in this case), and accordingly this Joint Stipulation is now being filed per the directions in the Scheduling Order;

WHEREAS, this Joint Stipulation is not made for the purpose of delay, but to allow the Parties to conduct orderly discovery and to thereafter aid in the efficient exploration of a potential resolution of this matter and thereby promote judicial economy so there is good cause for the Parties' joint request;

WHEREAS, the undersigned counsel hereby stipulate, subject to the Court's approval, that the method of ADR procedure applicable to this case should now be "ADR PROCEDURE NO. 1," and this case be referred to the assigned Magistrate Judge (the Hon. David T. Bristow) so that the Parties can arrange to conduct an ADR proceeding before the Magistrate prior to February 4, 2027.

**IT IS HEREBY STIPULATED AND AGREED.**

DATED: July 9, 2026 CALIFORNIA INSURANCE ATTORNEYS, P.C.

By: ______________________
Marcia L. Daley
Attorneys for Plaintiff
JESUS AREVALO

DATED: July 9, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By: ______________________
Michelle R. Bernard
Kelly Fitzgerald Canby
Jennifer J. Kellar
Attorneys for Defendant
FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Marcia L. Daley, counsel for Plaintiff, and that I have obtained Ms. Daley's authorization to affix her electronic signature to this document.

DATED: July 9, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: Kelly F. Canby

Michelle R. Bernard
Kelly Fitzgerald Canby
Jennifer J. Kellar
Attorneys for Defendant
FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN